UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
IANNACCONE,

                        Plaintiff(s),            **ADJOURNMENT ORDER**

    - against -

                                                                                    23 Civ. 5600 (NSR)

SOUTH ORANGETOWN CENTRAL
SCHOOL DISTRICT, et al.,

                        Defendant(s).
---------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

The above case previously scheduled for a telephonic Status Teleconference on January 10, 2025 before the United States District Judge Nelson S. Román, **is hereby adjourned** *sine die* pending this Court's resolution of Defendants' anticipated motion for summary judgment.

                                                        SO ORDERED.

Dated: White Plains, New York
       January 8, 2025

                                                        _____
                                                        Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/08/2025